HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FREELAND LENDING, LLC,

Plaintiff,

v.

RCJS PROPERTIES, LLC, RICHARD SORRELS,

Defendants.

CASE NO. C17-5383 RBL

ORDER TO SHOW CAUSE

THIS MATTER is before the Court on Freeland Lending's, LLC's Motion for Default Judgment [Dkt. 15]. On November 29, 2017, the Clerk filed an Entry of Default after Defendants failed to appear or otherwise defend the present action. On December 4, 2017, Sorrels filed a notice of appearance with the Clerk's Office purporting to represent both himself and RCJS Properties in a *pro se* capacity. This notice of appearance was deficient, however, as a corporation may appear in federal court only through licensed counsel. *See Rowland v. Cal. Men's Colony*, 506 U.S. 194, 202–03 (1993); *Taylor v. Knapp*, 871 F.2d 803, 806 (9th Cir. 1989). Accordingly, Sorrels may represent himself only, and must find a licensed attorney to represent RCJS Properties in this matter.

ORDER TO SHOW CAUSE - 1

IT IS HEREBY ORDERED that Defendants have until **January 5, 2018** to both:

1. Obtain licensed counsel to represent RCJS Properties in this matter; and
2. Show cause why the Court should not enter Default Judgment in favor of Freeland Lending.

IT IS SO ORDERED.

Dated this 6th day of December, 2017.

Ronald B. Leighton
United States District Judge